Magistrate Judge Paula L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROY NAUGHTON, <br> COLTER O'DELL, and GLEN BALDWIN, <br><br> Defendant. | NO. 21MJ-512 <br><br> DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Glen Baldwin, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Protected Material</u>

The following documents and materials are deemed Protected Material. The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and

//

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Naughton, O'Dell, Baldwin*, 21MJ-512 MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).  This category of Protected Materials will be marked and labeled as "Protected Material":

    a.    All personal identifying information related to witnesses and the victim (John Doe).

2.    <u>Scope of Review of Protected Material</u>

Defense attorneys of record and members of the defense team may display and review the Protected Material with the Defendant. The parties agree that defense counsel may provide electronic copies of any Protected Material to the Federal Detention Center at SeaTac, Washington, for Defendant's review in a controlled environment so long as Defendant is not permitted to retain any copies of that material.

3.    <u>Parties' Reciprocal Discovery Obligations</u>

Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

4.    <u>Filing of Protected Material</u>

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

5.    <u>Non-termination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

//

//

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Naughton, O'Dell, Baldwin*, 21MJ-512 MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

6. <u>Violation of Protective Order</u>

Any violation of any term or condition of this Order by the parties, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

DATED this __16th__ day of September, 2021.

*(signature)*
PAULA L. MCCANDLIS
United States Magistrate Judge

Presented by:

/s/ Cecelia Gregson
CECELIA GREGSON
Assistant United States Attorney

/s/ Peter Mazzone
PETER MAZZONE
Attorney for Defendant
*Per email authorization*

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Naughton, O'Dell, Baldwin*, 21MJ-512 MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970